

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2020

No. 04-20-00405-CR

Barry William **UHR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7090
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was originally due November 2, 2020. On October 30, 2020, appellant filed his first motion for extension of time in which to file his brief, in which he requests a thirty-five day extension.

The motion is GRANTED and appellant's brief is due **no later than December 7, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court